UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------:
RIHITO MATSUI,
                          Plaintiff,

       -against-

WINDHAM PROFESSIONALS, INC.,
                        Defendant.
-----------------------------------------------------------:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2022

No. 22 CIV 3210 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next thirty (30) days, by August 24, 2022, with a request that the agreement be "so ordered" by the Court.

Dated:   July 25, 2022
             White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge